■ In the Matter of THOMAS GERALD WILLIAMS, Petitioner, v. GEORGE S. MORSE, as District Attorney of the County of Washington, Respondent.— Proceeding in the nature of mandamus commenced in this court dismissed, without costs (CPLR 506, subd. [b], par. 1). Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.